**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

HAILEY FERRUZOLA,

                          Plaintiff,                    25 **CIVIL** 2639 (AEK)

   -v-                                                      **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                          Defendant.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated August 12, 2025, that the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, for further administrative proceedings, including offering Plaintiff the opportunity for a new hearing; and a new decision pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**Dated:** New York, New York

      August 12, 2025

                                                                **TAMMI M. HELLWIG**
                                                                **Clerk of Court**

                           **BY:**            *K. Mango*

                                                                  **Deputy Clerk**